**William BACON, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 531, 2016**

Supreme Court of Delaware.

Submitted: March 13, 2017
Decided: March 24, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID 1511000037

GRANTED. AFFIRMED.

**Weih Steve CHANG, et al., Plaintiffs Below, Appellants,**

v.

**Jennifer L. MAYO, Defendant Below, Appellee.**

**No. 343, 2016**

Supreme Court of Delaware.

Submitted: February 10, 2017
Decided: March 27, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15C–10–100

AFFIRMED.